# UNITED STATES DISTRICT COURT

Eastern District of Tennessee (Agency: DEA)

UNITED STATES OF AMERICA

v.

MICHAEL WILLIAM SPROLES

**WARRANT FOR ARREST**

Case Number: 2:19-CR-196 RECEIVED BY: May
SEALED DATE: 12.10.2019 TIME: 1:00

U.S. MARSHAL E/TN
GREENEVILLE, TN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  MICHAEL WILLIAM SPROLES
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with:

Conspiracy to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)); and
Possession of a firearm in furtherance of a drug trafficking offense (18 U.S.C. § 924(c)(1)(A)); and
Being a felon in possession of a firearm (18 U.S.C. § 922(g)(1))

(as more fully set out in the attached indictment)

in violation of Title ___See above___ United States Code, Section(s) ___

JOHN L. MEDEARIS, CLERK
Name of Issuing Officer

Clerk
Title of Issuing Officer

Signature of Issuing Officer

Dec. 10, 2019 at Greeneville, Tennessee
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

JCtQ Courthouse Greeneville TN

| DATE RECEIVED 2/10 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/11/20 | DUSM Kaase | [signature] |