# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Sentencing

USA v MICHAEL WILLIAM SPROLES          Date: 09/14/20

Case No. CR-2-19-196(22)               Time 11:30 a.m. To 12:05 p.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |
| Gerald Gulley | Tom McCauley |
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Deft given opportunity to speak - declines

Court Pronounces Judgment

It is the judgment of the Court, that the defendant, Michael William Sproles, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **132 months**, as to Count One and **120 months**, as to Count 30, to be served concurrently for a net term of imprisonment of **132 months.** This sentence shall be served concurrently with any sentence imposed for the violation of probation in Washington County Criminal Court Docket Number 44787A.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five (5) years as to Count One, and three (3) years as to Count 30, to run concurrently for a net term of **five (5) years.**

$200.00 Assessment - Fine is waived

All remaining counts as to this defendant in this case are dismissed on the motion of the United States.

**CONDITIONS OF SUPERVISED RELEASE:**

[X] 13 standard conditions          [X] no firearms , no ammunition, no destructive devices, or any other dangerous weapon
[X] no illegal drugs                [X] cooperate w/the collection of DNA as directed
[X] participate in a drug and/or alcohol abuse treatment program as directed by USPO
[X] participate in a mental health program as directed by USPO
[X] You shall submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee.
[X] You shall not take any prescribed narcotic drug, or other controlled substance, without notifying the physician that you have a substance abuse problem and without obtaining permission from the probation officer.

**RECOMMENDATIONS:**

[X] that defendant be given credit for time served **from 7/16/19 to the present**
[X] 500 hours of substance abuse treatment from the Bureau of Prisons' Institute Residential Drug Abuse Treatment Program / receive a physical health evaluation and a mental health evaluation and needed treatment while in the custody of the Bureau of Prisons / be afforded a full range of educational and vocational programs offered by the Bureau of Prisons / **expedited** placement to the BOP federal facility in Beckley, WV.
[X] Placed in custody of U.S. Marshal